In the Matter of Henry M. Heyman.— Reference ordered to official referee.   Order to be settled on notice.

United States Title and Guaranty Company v. Annie Donohue.— Motion denied, with ten dollars costs.   Memorandum per curiam.   Order to be settled on notice.

Terese Hakanson, Appellant, v. Hope Kingsley, Respondent.— Judgment and order affirmed, with costs.   No opinion.

Edward Hyams, Respondent, v. Margaret Morison and Andrew P. Morison, Her Husband, Appellants, Impleaded with Frieda Thorn and Others, Defendants, and Aaron Bancroft, Respondent.— Judgment affirmed, with costs.   No opinion.

Juan E. Wester and Others, Respondents, v. Casein Company of America, Appellant.— Judgment and order affirmed, with costs.   No opinion.

Alois Knapp, Appellant, v. William M. Barrett, as President of Adams Express Company, Respondent.— Order affirmed, with costs to respondent to abide event.   No opinion.

The W. P. Callahan Company, Respondent, v. William Hills and William Hills, Jr., Doing Business under the Firm Name of William Hills, Jr., Appellants.— Judgment and order affirmed, with costs.   No opinion.   (Laughlin, J., dissented and voted for reversal and dismissal of complaint as to defendant William Hills.)

A. Schwoerer & Sons, Incorporated, Respondent, v. Sylvester Ross, Jr., Appellant.— Judgment and order affirmed, with costs.   No opinion. (Dowling, J., dissented.)

May E. Lawler, Respondent, v. Pitkin-Holdsworth Worsted Company, Appellant.— Judgment and order affirmed, with costs.   No opinion.

Alfred A. McCreary, Appellant, v. The Terry & Tench Company, Incorporated, Respondent.— Judgment affirmed, with costs.   No opinion.

Anna L. Terhune, Respondent, v. Clarence H. Terhune, Appellant.— Judgment affirmed, with costs.   No opinion.

Sigmund Kornberg, Plaintiff, v. Bogumil Laski and Another, Defendants.— Exceptions overruled, motion for new trial denied, and judgment directed dismissing complaint, with costs.   No opinion.   (Laughlin, J., dissented and voted to sustain the exceptions and grant a new trial.) Order to be settled on notice.

Frank Perrington, Appellant, v. Ludin Realty Company, Respondent. — Judgment affirmed, with costs.   No opinion.

Mary Murtha, Respondent, v. Central Park, North and East River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.   (McLaughlin and Clarke, JJ., dissented.)

Adolph B. Mayer and Others, Respondents, v. Wallace G. Raudenbush, Appellant.— Judgment and order affirmed, with costs, on the authority of *Teel* v. *Yost* (128 N. Y. 387).

Otto Obermayer, Respondent, v. Adolph Geering, Appellant.—Judgment affirmed, with costs.   No opinion.

Max Claman, Respondent, v. Morris Claman, Appellant.— Judgment affirmed, with costs.   No opinion.